BRENDEN G. GLINTON,

     Petitioner,

                   **Case No. 8:11-CV-717-T-23MAP**
                             **8:11-CV-718-T-30TGW**

UNITED STATES OF AMERICA,

     Respondent.

_____/

## O R D E R

    This cause comes on for consideration of Petitioner's Motions to Revoke and Dismiss United States' Motion to Exceed the Page Limit and Incorporated Memorandum of Law (Cv-717, D-11; Cv-718, D-10).

    In short, Petitioner contends that the Government has failed respond to his § 2255 motions. Petitioner requests that the Court sanction the Government for allegedly failing to respond and grant his § 2255 motions.

    The record reflects that the Government filed its responses to Petitioner's motions on July 9, 2011. (Cv-717, D-9; Cv-718, D-8.) According to the certificates of service, the Government mailed a copy of the responses to Petitioner at his institution of incarceration. (Cv-717; D-9, p. 35; Cv-718, D-8, p. 35.) Petitioner's § 2255 motions remain under consideration by the Court and a dispositive order addressing the issues raised in the motions

will be issued in due course. As such, the relief Petitioner requests is not appropriate. In an abundance of caution, however, the Court will direct the Government to provide Petitioner with another copy of its response.

IT is therefore ORDERED that:

1)     Petitioner's Motions to Revoke and Dismiss United States' Motion to Exceed the Page Limit and Incorporated Memorandum of Law (Cv-717, D-11; Cv-718, D-10) are DENIED.

2)     The Government shall provide Petitioner with a copy of its response to the motion within 15 days of the date of this Order.

DONE AND ORDERED at Tampa, Florida this _4th_ day of October, 2011.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE